IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GRIESHABER,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-4539 |

J. CURTIS JOYNER, J.

## **O R D E R**

**AND NOW**, this 30th day of May, 2019, upon consideration of Plaintiff's Request for Review and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED; and

3. The matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

                BY THE COURT:

                s/ J. Curtis Joyner

                _____
                 J. CURTIS JOYNER, J.